# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

RANDY KILLAM,                          )
909 Horan Dr.                          )
Fenton, Missouri 63026                 )
                                       )
    Plaintiff,       )
                                       )        Case No. 4:13-cv-00372-JCH
    vs.              )
                                       )
COMMERCIAL RECOVERY                    )
SYSTEMS, INC.,                         )
8035 East R. L. Thornton               )
Dallas, Texas 75357                    )
                                       )
    Defendant.       )

## [~~proposed~~] ORDER

Upon consideration of the foregoing Motion for Default Judgment and supporting

memorandum filed by Plaintiff, Emily Lester, and upon good cause shown;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be, and is, hereby entered

in favor of Plaintiff, Emily Lester, and against Defendant, Commercial Recovery Systems, Inc. for

the sum of $4,409.70, itemized as follows: $1,000.00 in statutory damages to Plaintiff, $3,024.70 in

attorneys' fees; and $385.00 in filing and service fees.

DATE: _____8/22/13_____          _____
                                 UNITED STATES DISTRICT JUDGE

1

[proposed] ORDER