## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

RANDY KILLAM,                                )
909 Horan Dr.                               )
Fenton, Missouri 63026                      )
                                            )
     Plaintiff,                             )
                                            )    Case No. 4:13-cv-00372-JCH
     vs.                                    )
                                            )
COMMERCIAL RECOVERY                         )
SYSTEMS, INC.,                              )
8035 East R. L. Thornton                    )
Dallas, Texas 75357                         )
                                            )
     Defendant.                             )

### [proposed] ORDER

Upon consideration of the foregoing Motion for Default Judgment and supporting memorandum filed by Plaintiff, Randy Killam, and upon good cause shown;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be, and is, hereby entered in favor of Plaintiff, Randy Killam, and against Defendant, Commercial Recovery Systems, Inc. for the sum of $4,409.70, itemized as follows: $1,000.00 in statutory damages to Plaintiff, $3,024.70 in attorneys' fees; and $385.00 in filing and service fees.

DATE: ___9/3/13___

_____
UNITED STATES DISTRICT JUDGE

1